Otto Heinze and others, Respondents, v. Oliver W. Buckingham and others, Appellants. — Judgment and order reversed and new trial ordered, with costs to appellants to abide the event. Opinion by Barrett, J.

Charles E. Rycroft, Appellant, v. Henry W. Green, Respondent. — Order reversed, with costs and disbursements to the appellant, and motion granted. Opinion by Andrews, J.

Lucy M. Rice, Respondent, v. Henry Thompson, Appellant, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Robert B. Nooney, Respondent, v. The New York Elevated Railroad Company and another, Appellants. — Judgment affirmed, with costs. Opinion Per Curiam.

John D. Cutter and others, Appellants, v. Alexander W. Hume and others, Respondents. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Maunsell Van Rensselaer, Respondent, v. Edward S. Bull and others, Appellants. — Order affirmed, with costs. Opinion by Andrews, J.

The People of the State of New York, Respondent, v. Samuel W. Lewis, Appellant. — Judgment affirmed. Opinions by Andrews and Barrett, JJ.

Charles A. Cowen and others, Appellants, v. Margaret Paddock and others, Respondents. — Judgment affirmed, with costs. Opinion by Andrews, J.

The People of the State of New York, Plaintiff, v. The American Loan and Trust Company, Defendant. — Order affirmed, with costs. Opinions by Andrews and Barrett, JJ.

John Brooks, Appellant, v. Samuel B. Dick and others, Respondents. — Judgment affirmed, with costs. Opinion by Andrews, J.

Margaret M. Brennan, as Administratrix, etc., Plaintiff, v. Susan E. Hall and others, Defendants, Sarah A. Jarvis, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

The People of the State of New York, Respondent, v. Samuel Fisher, Appellant. — Judgment affirmed. Opinion by Van Brunt, P. J.

Pauline M. White, as Administratrix, etc., Appellant, v. Mary Davis, Administratrix, etc., Respondent. — Judgment and order affirmed, with costs. Opinion by Andrews, J.

The People of the State of New York, Respondent, v. Henry J. McGonegal, Appellant. — Conviction affirmed. Opinion by Van Brunt, P. J.

Ellen Cavanagh, Executrix, etc., Respondent, v. The New York Elevated Railway Company and others, Appellants. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Walter J. Kane and others, Respondents, v. The Manhattan Railway Company and others, Appellants. — Judgment affirmed, with costs. Opinions by Barrett, J., and Van Brunt, P. J.

The Continental Insurance Company, Plaintiff, v. The Greenwich Insurance Company, Defendant. — Exceptions overruled, with costs, and judgment entered accordingly. Opinion by Barrett, J.

The Continental Insurance Company, Plaintiff, v. The Phœnix Insurance Company, Defendant. — Exceptions overruled, with costs, and judgment entered accordingly. Opinion by Barrett, J.

In the Matter of the Probate of a Paper Propounded as the Last Will and Testament of Samuel B Peck, Deceased. — Decree affirmed, with costs. Opinion by Daniels, J.

In the Matter of the Petition of Mary Elizabeth Fields and others, Respondents, v. Leo C. Dessar, Purchaser, Appellant. — Judgment affirmed, with ten dollars costs and disbursements. Opinions by Ingraham, J., Van Brunt, P. J., and Daniels, J.

Louis Eickwort, Appellant and Respondent, v. James G. Powers, Appellant and Respond-

ent. — Judgment affirmed, without costs to either party. Opinion by Daniels, J.

Washington Glass Company, Appellant, v. Edmund B. Benjamin and others, Respondents. — Orders affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

James Abbott, Respondent, v. The Petersburg Granite Quarrying Company, Appellant. — Judgment modified as directed in opinion, and as modified affirmed, without costs of this appeal. Opinions by Ingraham and Daniels, JJ.

Thomas J. Lewis, Respondent, v. Samuel Wilson, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Magnolia Anti-Friction Metal Company, Respondent, v. Samuel Singley, Appellant. — Judgment affirmed, with costs. Opinion by Daniels, J.; dissenting opinion by Ingraham, J.

In the Matter of the Application of George W. McLean, Receiver, etc., v. Walberger Horn and others. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Lewis Sanders v. Agnes Gordon Soutter and others. — Judgment affirmed, without costs. Opinion by Ingraham, J.

John H. Haar, Appellant, v. The Consolidated Carson River Dredging Company and others, Respondents. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

George F. Vingut, Appellant, v. George T. Vingut and others, Appellants.

Benjamin P. Fairchild, Purchaser, Respondent. — Order modified as directed by opinion, and as so modified affirmed, without costs. Opinions by Van Brunt, P. J., and Barrett, J.

Agnes Mellwitz, Respondent, v. The Manhattan Railway Company, Appellant. — Judgment and order reversed and new trial granted, with costs to the appellant to abide event. Opinion by Barrett, J.

In the Matter of the Judicial Settlement of the Account of John H. Foote, Executor, etc., of Henry M. Leavitt, Deceased. — Decree affirmed, with costs, to be paid by John Howard Foote personally. Opinion by Barrett, J.

Eliza A. Simmons, Executrix, etc., Respondent, v. Helena Craig and others, Appellants. — Judgments, interlocutory and final, and the order continuing the action, affirmed, with costs. Opinion by Barrett, J.

Francis B. Carpenter, Appellant, v. Sheridan Shook and others, Respondents. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

John Evers, Jr. by his Guardian, Respondent, v. Jonas Weil and others, Appellants. — Judgment and order, to the extent and on the conditions stated in the opinion, affirmed, Opinions by Daniels and Barrett, JJ.

William S. Lawson and others, Respondents, v. Curtis N. Douglass, Appellant. — Judgment affirmed. Opinions by Daniels and Barrett, JJ.

Jessie Watson, Respondent, v. Parke Godwin, Appellant — Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event. Opinion by Barrett, J.

The People of the State of New York, Plaintiff, v. James Barker, Defendant. — Judgment reversed and new trial ordered. Opinion by Van Brunt, P. J.

Bernard Lowenstein, Respondent, v. Lena Salinger, Appellant. — Order reversed, with costs and the usual disbursements, and the attachment vacated. Opinion by Barrett, J.

Julius F. Chesebrough, Respondent, v. Daniel D. Conover, Appellant. — The judgment from which this appeal is taken having been vacated, on motion it is not necessary to decide the appeal, there being now no judgment in evidence. Appeal dismissed.

John S. Ellis, Trustee, etc., Respondent, v. The Lyceum and others, Appellants. — Judgment

affirmed, with costs. Opinion by Van Brunt, P. J.

Terence McGuire, Appellant, v. The Broadway and Seventh Avenue Railroad Company, Respondent. — Judgment and order affirmed. Opinion by Daniels, J.

Cianciminos' Towing and Transportation Company, Respondent, v. Peter Ciancimino, Appellant.— Order modified as directed in opinion, and as modified affirmed, without costs of the appeal. Opinion by Daniels, J.

Ambrose J. Agate v. Caroline E. House, etc. — Order resettled so far only as to declare that the conveyance of the property to the plaintiff shall be subject to defendant's right to reimbursement of any sum owing to her, and for the reimbursement of which the premises were a security in her hands.

William R. Morgan, Jr., and others, Respondents, v. John Bowes and others, Appellants. — Judgment modified as directed in opinion, and as modified affirmed, without costs of this appeal. Opinion by Barrett, J.

Herman Passavant and others, Respondents, v. Herman Cantor and others, Appellants.— Judgment affirmed, with costs. Opinions by Van Brunt, P. J., and Barrett, J.

James L. Hart, Respondent, v. William T. Washburn, Executor, etc., Appellant. — Order reversed as mentioned in opinion, with ten dollars costs of this appeal and disbursements to abide the final event of the action. Opinion by Van Brunt, P. J.

James Moore, Respondent, v. James U. Robertson and others, Appellants. — Judgment affirmed, with costs. Opinion by Daniels, J.

The People of the State of New York ex rel. John P. Leo, Appellant, v. John T. Camp, Colonel. etc., Respondent. — Order affirmed, with ten dollars costs and disbursements Opinions by Daniels and Lambert, JJ.

The People of the State of New York, Respondent, v. Henry Cassin, Appellant. — Judgment affirmed. Opinions by Daniels and Lambert, JJ.

Washington H. Taylor, Appellant, v. Catherine Taylor and others, Respondents. — Judgment affirmed, with costs. Opinion by Lambert, J.

The following causes assigned to Lambert, J., to write, and he having failed to do so, rearguments are ordered:

Shea v. Old Dominion S. D. Co.
Beran v. Tradesman's National Bank.
Blake v. Barnes.
Caffe v. Ottman.
Wall v. Jones.